I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-2-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GJERSVOLD,<br><br>    Petitioner,<br><br>    vs.<br><br>JEFFREY BEARD,<br><br>    Respondent. | Case No. CV 13-0344-MWF (JPR)<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss Habeas Petition and Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 1, 2013

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY